IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Shaunnell Jacqui Beyart, | ) | No. CV 04-2898 PHX-NVW (MS) |
| Petitioner, | ) | **ORDER** |
| vs. | ) | |
| Dora Schriro; Arizona Attorney General, | ) | |
| Respondents. | ) | |

Before the Court are Petitioner's *pro se* Petition for Writ of Habeas Corpus by a Person in State Custody filed pursuant to 28 U.S.C. § 2254 (doc. # 1), United States Magistrate Judge Morton Sitver's Report and Recommendation (doc. # 16), and Petitioner's Objection to the Court's Report and Recommendation (doc. # 22).

The Court has considered Petitioner's objections and reviewed the Report and Recommendation de novo. *See* Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1) (stating that the Court must make a de novo determination of those portions of the Report and Recommendation to which specific objections are made). The Court agrees with the magistrate judge's determinations, accepts his recommended decision within the meaning of Rule 72(b), Fed. R. Civ. P., and overrules Petitioner's objections. *See* 28 U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate").

1    IT IS THEREFORE ORDERED that the Report and Recommendation of Magistrate
2 Judge Sitver (doc. # 16) is accepted.
3    IT IS FURTHER ORDERED that Petitioner's *pro se* Petition for Writ of Habeas
4 Corpus by a Person in State Custody filed pursuant to 28 U.S.C. § 2254 (doc. # 1) is denied
5 and dismissed with prejudice.
6    IT IS FURTHER ORDERED that the Clerk of the Court shall enter judgment
7 accordingly and terminate this action.
8    DATED this 10th day of May 2006.

_____
Neil V. Wake
United States District Judge